UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-23245-CIV-WILLIAMS

GRASPA CONSULTING, INC.,

    Plaintiff,

vs.

UNITED NATIONAL INSURANCE COMPANY,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Torres' Report & Recommendation. (DE 27). The Report recommends that the Court grant Defendant's motion to dismiss. Plaintiff filed objections to the Report. (DE 32). After a careful review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 27) is **AFFIRMED AND ADOPTED**.

2. Defendant's motion to dismiss (DE 15) is **GRANTED**.

3. As set forth in the Report, if viable under Rule 11, Plaintiff may file an amended complaint within fourteen days of this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 19th day of January, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE